## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS J. POFAHL,** | ) | **CASE NO. 4:05cv3032** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROBERT HOUSTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

This matter is before the Court upon the Respondent's oral motion that Document Number 9 be stricken from the record for the following reason:

( )   Duplicate document of number.

( )   Document filed in incorrect case.

( )   Document not signed.

(X)   PDF document filed in error.

( )   No PDF document attached.

( )   Incorrect event used.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 9 from the record.

DATED this 12th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge