IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS J. POFAHL, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3032 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 22, the respondent's Motion for Enlargement of Time. Filing no. 22 is granted. The respondent has demonstrated good cause for the extension, and extensions of time are liberally granted to both parties in cases with a pro se party. The respondent shall have until May 26, 2006 to file his brief, and, if the petitioner wishes to reply, he shall have until June 23, 2006 to do so.

SO ORDERED.

DATED this 28th day of April, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge